# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SHUGERT, JAMES<br><br>   Defendant. | Case No. ED CR 08-00037-VAP<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

  The Court finds that:

A. ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • __Lack of Bail Resources__
• __Failure to Comply with Probation Terms__

1

1 · ALCOHOL AND DRUG ABUSE
2 · MENTAL HEALTH ISSUES
3 and/or
4 B.  (✓)  The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: · UNDERLYING CONVICTION
8 · FAILURE TO COMPLY WITH PROBATION TERMS
9 · CRIMINAL HISTORY
10                                                                                                                           .
11
12      IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 12/10/09
16
17
18                                                          _____
19                                                          DAVID T. BRISTOW
                                                            UNITED STATES MAGISTRATE JUDGE